UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

   Plaintiff,

Case No. 1:06-cr-82-02

v.

Hon. Richard Alan Enslen

MISHA MOORE,

**ORDER**

   Defendant.
_____/

   In accordance with the Court's rulings of July 24, 2006;

   **IT IS HEREBY ORDERED** that Defendant Misha Moore's Order Setting Conditions of Release dated April 14, 2006 is **AMENDED** as follows: Defendant is granted leave to attend the wedding of her cousin, Tekio Moore, in Detroit, Michigan between August 4, 2006 and August 7, 2006, and shall be released from attendance of CAP for said period.

   **IT IS FURTHER ORDERED** that Defendant shall comply with all other previously ordered conditions of release, both before, during and after the period of August 4-7, 2006, including the obligation to abstain from alcohol.

Dated in Kalamazoo, MI:         /s/Richard Alan Enslen
July 24, 2006            Richard Alan Enslen
                  Senior United States District Judge